AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

JOSE LUIS SANANGO and SERGIO TEPOX, on behalf of themselves and others similarly situated,

*Plaintiff(s)*

v.

6961 JUNIPER BLVD SOUTH CORP. d/b/a ERASMO RISTORANTE ITALIANO, and MAURICIO TROIA a/k/a MAURIZIO TROIA, and JOHANN A. TROIA, individually,

*Defendant(s)*

Civil Action No. 25 CV 3771 NCM-VMS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* 6961 JUNIPER BLVD SOUTH CORP. d/b/a ERASMO RISTORANTE ITALIANO
6961 Juniper Blvd South
Middle Village, New York 11379

MAURICIO TROIA a/k/a MAURIZIO TROIA
6961 Juniper Blvd South
Middle Village, New York 11379

JOHANN A. TROIA
6961 Juniper Blvd South
Middle Village, New York 11379

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Cilenti & Cooper, PLLC
60 East 42nd Street - 40th Floor
New York, NY 10165

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Brenna Mahoney
*CLERK OF COURT*

Date: 7/8/202

s/*Kimberly Davis*
*Signature of Clerk or Deputy Clerk*